MUSE v. BRITT

No. 381P98

Case below: 123 N.C.App. 357

Petition by petitioner for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 December 1998.

N.C. DEP'T OF CORRECTION v. WELLS

No. 426P98

Case below: 130 N.C.App. 612

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.

ONSLOW COUNTY v. MOORE

No. 223P98

Case below: 127 N.C.App. 546

Petition by defendant (Gene Moore) for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998. Petition by defendant (Onslow County) for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998. Petition by plaintiff (Onslow County) for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998. Petition by plaintiffs (McKillop and Treants) for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.

ORTIZ v. CASE FARMS OF N.C.

No. 456PA98

Case below: 130 N.C.App. 759

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 3 December 1998. Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed 3 December 1998.

PACK v. RANDOLPH OIL CO.

No. 343P98

Case below: 130 N.C.App. 335

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.